1  JOHN G. MONKMAN, JR., ESQ. SBN 51174
   MONKMANLAW & ASSOCIATES
2  777 East Tahquitz Canyon Way, Suite 200
   Palm Springs, CA 92262
3  Telephone: 760-325-9191-Voice
   Telephone: 760-322-7867-Facsimile
4  Email: JGMJR@MONKMANLAW.COM

5  Attorneys for PLAINTIFF
   MORRIS SALEM

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9              CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10

| | |
|---|---|
| 11  MORRIS SALEM, an Individual; | Case No. CV 04-00180-PA(SS) |
| 12      Plaintiff, | PLAINTIFF'S DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE AS TO ALL PARTIES; |
| 13      v. | PURSUANT TO FRCP RULE 41 |
| 14  JACK LEVIT, an Individual; YETTA LEVIT, an Individual; | |
| 15  KEITH LEVIT; an Individual; RUDY BEYER; an Individual; PAUL | |
| 16  DRIEDGER, an Individual; DOE 1 to 5, inclusive, Individual Shareholders | |
| 17  of ASIAN RESTAURANT, INC., a Minnesota Corporation; ASIAN | |
| 18  RESTAURANT, INC., a Minnesota Corporation; MINNEAPOLIS REAL | |
| 19  ESTATE PROPERTIES, a Minnesota Limited Partnership; DOE Limited | |
| 20  Partners 1-5, inclusive, Individual Limited Partners of MINNEAPOLIS | |
| 21  REAL ESTATE PROPERTIES, a Minnesota Limited Partnership; | |
| 22  LAKEVIEW MANAGEMENT, INC., a Canadian Corporation; | |
| 23  BRENTARA HOLDING, LTD., a Canadian Corporation; LHL | |
| 24  HOLDING, LTD., a Canadian Corporation; and LAKEVIEW | |
| 25  REALTY OF CANADA, LTD., a Canadian Corporation; | |
| 26 | |
| 27      Defendants. | |

28  MORRIS SALEM, as Plaintiff, respectfully dismisses pursuant to FRCP RULE 42 the

1 above entire case as to all parties <u>without prejudice</u> as to Plaintiff re-fling in a more
2 appropriate District with regard to Venue and Convenience of the Parties and the
3 Subject Matter set forth in the Complaint filled herein.
4     No parties have been served with process.
5 DATED: January 28, 2004

*[signature]*

JOHN G. MONKMAN, JR.
Attorney for PLAINTIFF
MORRIS SALEM